You need to hear me on behalf of the Department of the Armed Forces of the United States. Please, recharge this course. Before you begin, I apologize for the disturbance during this time, but I would like to remind you all that I am a Washington officer. Thank you. This case recharges the course, though it may end, or once it's finished. And that was to ask the District Court to consider whether distribution of 2GG.183 can be applied when distribution, time that it is in a government response, transfers to a third party. You're supposed to see that the transfer is taking place between the same individuals who are the victims of both Mr. Hernandez and a minor, which we'll all refer to as XC. The evidence of trial showed that Mr. Hernandez took great steps to make sure that no one else saw these files. They used a 2G software program to ensure that no one else had seen any of these files. And the problem that we have in the application of the distribution committee is you can't, first, no other court in the country has tried to answer any of the circumstances such as this. So, in part, it's an issue of who's the best person to serve it. And there are many courts where there is a lot of confusion. And there's a lot of spam. I drew a certain response. And I found that very interesting for myself. It was nothing to do with me. It was the cause of all of this. And it has to do also with one of the first circumstances that we have. The guidelines don't define exactly what is distribution. One of the great problems in this case, including in the case of this, relates to transversal, diversity, and the phrase that you should say, you know, free fraud, consumer fraud. I do agree. It was just, it's just how that first sentence in the commentary. That's how it was over there. But that can be what the case intended. And I realized, over several weeks and so forth, we see that it's not quite what it is. It's not an element that matters. And that's not sufficient. It's not enough. However, in the commentary, there's two sentences. The first sentence is, distribution is, and then there's four different sentences. The second sentence then provides what I'd like to refer to as the spectrum of contrasts that we have as the courts, which we said are very certain. There's 31 or so cases of distribution. So it's indicating that distribution includes conduct putting images on a public domain site, but it does not include solicitation certificates. I agree. I agree. Page 3, 2G2, page 1, page 3, and we call it number one, correct, distribution rates, and your comment on page 1, supporting distribution is in the interest of the plaintiff, the question, and your decision related to the transfer of material, and possibly the sexual or solicitation, correct. Does that occur here? I'm interested in your argument, because it's not about you. It's distribution. So my question is, distribution rates, is that what occurs here? Was it there? There was a decision there related to the transfer of material, possibly the sexual or solicitation, correct? I have seen that. But an excuse is the failure for the distributor to recognize that the decision was acted by an interest of the whole. So I am not sure that the intent was to punish distribution beyond the party. We have two principle participants, those 52 people who received this letter. Distribution was meant to prevent the accusation of minors who have been fundraised and so on. But I'm not sure why this was a horrible accusation. Well, I thought what was interesting in that, in proceeding from the status quo view, the argument that showing images to a third party, the court in that case did not address that issue. It simply worked around that issue. It said, we're not going to cite it. We are showing to a third party, so that was an excuse to respect actual findings. Because it does not adhere to allowing an agency to copy and produce images into the geography that it involved in. So what we have is a very, very broad reading of the distribution and using that as our basis to evolve into the application of that. I don't support interpreting because that follows. But do you push the courts at any time to allow a third party to copy images that situation? I don't. False is true. My position is that, if the exception of the district court is easier, then the other service providers would be included in this, so that any time anyone put anything on the cloud or anywhere, regardless of whether it was a file sharing program, there's distribution. There can't be. Any time, there's distribution. And this particular case, Mr. Hernandez did everything possible to avoid distribution. He didn't try to take it, so I really wanted to see if he could defend that. He said, of course, there's so many policies due, you can't distribute it to anyone else, and there's no evidence that you distributed it to anyone else. I'm just curious, I know there's a lot about social media shopping, but I'm just curious, do we have a model that was consistent with social media shopping? Because I was wondering how you see which models go to where? Do we have a model that has a really good image that's working for a  The very distinct difference, however, is the image is more about or not of the victim. The image is here or of the victim. So where I wrote, I actually screened. Because in this case, it's sharing the images of the child and the mother. We're not being victimized, even though I imagine her saying, you're going to distribute it, she's not controlling us. She knows, and she thinks, and she wants to say, that she's not being distributed to anyone else. That's what's being created between the two. We both understand that they're trying to tell people who are involved, the victim, it's those who get to use it, not the other children. And that's what I think makes a large difference. Thank you. I appreciate it. Thank you. The second thing is, you talked about the past, the tradition of the first group. I do not understand. I see that you, some cases, I see some of your definitions, where you found them. And otherwise, I mean, there's no choice. I've seen it, but I don't understand it. You know, the way you would see it. Yeah, I thought about it. So, I don't know. So, honestly, it wasn't as strong as I was expecting it to be. But, I just don't understand it. It's not in the system. It's not in my system. But, what happened is, I don't know. It's sad. I don't understand it. The Jakes Plus application is something of the parties whose client is an agency downloaded a user name. You register your name. You recognize the user name. And password is a security issue. It will actually tell other users to use a little new password. It's not set up to overstate pages. So, it's a double protection. It's a protection. Although I could get up here on a stone and get up by a tree, I can see the Jakes Plus money. And yes, it's dangerous. Jakes Plus application was used. The only way that someone else would see it is to download the user name and password of the person you're sending it to. So, it's a trial and error. It's an emergency. It's an emergency situation. And we're seeing this way on the Jakes Plus software to provide a service. So, it is not a solution. So, this is really some work. So, I understand that you have a user. You have a password. It's an ID. And it makes you do the thing that you're supposed to do. It's a wire. And you go to the user password and the login to proceed. It's just a login. I don't know what it does anymore. So, it's something that's not going to get you anywhere. So, you need a password and login to proceed. So, I understand what you're talking about. Well, definitely. When the Jakes Plus app was explained, it was never explained in terms of a website. It was explained that the pages were stored on their server. And that's when they were tested. Okay. Let me ask you a question. I've never heard this. What was this? This is hard. What's your argument here on this situation? You don't think 100 years is required? It's not required. Isn't that actually related to a transfer of job? No, I don't think so. Not ready. Those pages are only of the minor. They aren't ready. They're not ready. The method of setting up did not involve a typical file sharing, website, public hearing that we typically see in these sorts of cases. The first question is strange. It's interesting. In these instances, you've been using it. Is that correct? Yes. And you use databases for that, right? Is that the line right under the definition of distribution? Do you think that it's not changing in terms of what was essentially argued? That's my main argument. So far, that's the only thing that's required. Let me ask you about social security. That's because I think it's such an important one in terms of distribution. And so what's really a version of that is we are applying these limits that are over here. And over time, you know, this is kind of a section that's supposed to have a kind of a minor. It's not. Of course, it does. It does. But we are ignoring the minor. And this was the social security underneath the other one. All right. That's the glory in the United States versus the international objects. So the limits were in 1982. Since then, they have stayed at 715. In that case, of course, that would change. May I change it, Your Honor? The court will say yes, Your Honor. The court will say yes. I'm going to show you that it's a small order in the middle. It's a small order. I'm going to show you that it's a small order in the middle. But the court there now, that should be pressed. And the district court, in the case of the 10th sentence, in their case, in their short case, right now, in the case of the 10th sentence, that should be pressed. The district court in this event, any kind of punishing the court's trial requires a remand, because you cannot punish any kind of crime. So, in the case of the 10th sentence, you have to report to the original EOR 601 census. Mr. Hernandez had a substantial sentence in the case. The court can't change the law, so it's going to have to repair or at least review why. And the fault of that has to do with the district court's Mr. Hernandez made the victim go to trial, made the victim go through identified pictures and basically said, that in full defense, he was laid off. He's lost. He's arrested. I am. He went to trial. I agree with that. That's improper. That's totally improper. And it does not withstand a substantive, substantive and reasonable analysis, especially given the amount of time that we're talking here. And we're not objecting at the time of the sentence, is that correct? No, Your Honor. But for purposes of substantive reasonableness, an objection wasn't necessary. With that, I would ask that the court not make any ground on this case and order that the two folks between Eastern Street and North Street be removed. This was an order by the DOJ and the district court not to be able to disturb the period of the sentence. We ask that this court be given time. Thank you. Thank you. Thank you. Thank you very much.
judges: Kozinski, Rawlinson, Murguia